**Norris-Ward Coal Company, appellant, v. S. A. Bernbach, trading as S. A. Bernbach & Company, appellee. Gen. No. 30,514.**

Action for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with findings of fact and judgment here for $357.34. Opinion filed May 25, 1926.

Cochrane & George, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Stanley Stylinski, appellee, v. Alexander Towy et al., on appeal of Alexander Towy, appellant. Gen. No. 30,539.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Henry Knaus, for appellant; Anderson & Roache and John H. Lyk, of counsel. Frank Greskowiak and Ewart Harris, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**William F. Kelley, appellant, v. Beaver Electric Construction Company, appellee. Gen. No. 30,547.**

Action for wrongful death. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Alfred Roy Hulbert, for appellant. Cassels, Potter & Bentley, for appellee; Ralph F. Potter and Kenneth B. Hawkins, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Palionija Mitchell, appellee, v. Charles Mitchell and Stanley Mitchell, appellants. Gen. No. 30,558.**

Bill for divorce. Order committing defendant for contempt on failure to pay complainant's solicitor's fees. See 241 Ill. App. 7. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Harold O. Mulks, for appellants. William S. McNamara, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.